IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02950-WYD-MJW

MICHAEL KASACK,

Plaintiff(s),

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 10) is GRANTED. The written Protective Order (docket no. 10-2) is APPROVED and amended in paragraph 3 (b) and made an Order of Court.

Date: March 1, 2010